BARHAM, J., is of the opinion the writ should be granted. The transcript reflects that defendant was denied the opportunity of being heard orally in defense or mitigation and this is violative of C.Cr.Pro. Articles 21 and 22.

222 So.2d 68

**STATE of Louisiana**

**v.**

**Thomas BETHELL.**

**No. 49859.**

May 15, 1969.

In re: Thomas Bethell applying for writs of certiorari, prohibition and mandamus.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction. On motion of the district attorney ad hoc appointed in this case and approved by a judge of the criminal district court, the fees and expenses of this prosecution are payable from the fund established by authority of Section 571:11 of Title 15 of the Revised Statutes of Louisiana.